IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

NORA LAMB,

       Petitioner,

                               Case No. 5D22-1657

v.                             LT Case No. 2019-102549-CFDL

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed December 2, 2022

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Nora Lamb, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 3, 2021 judgment and sentence rendered in Case No. 2019-

102549-CFDL, in the Circuit Court in and for Volusia County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, C.J., EVANDER, and HARRIS, JJ., concur.